**PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for Chase Home Finance LLC
[FILE 10-002563 CHE]

**Dated: May 20, 2010**

_(signature)_

**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>CECILIA ANNE BURTON,<br><br>       Debtor. | Case # 4:09-bk-30361-EWH<br><br>Chapter 7 Proceedings |
| Chase Home Finance LLC, its assignees and / or successors in interest,<br>       Movant,<br><br>v.<br><br>CECILIA ANNE BURTON, Debtor, and Chapter 7 Trustee Gayle E. Mills,<br>       Respondents. | **ORDER LIFTING**<br>**THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>8060 West Georgetown Way<br>Florence, AZ 85232 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Chase Home Finance LLC, ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

1  the automatic stay imposed under 11 U.S.C. § 362 and the

2  automatic injunction of 11 U.S.C. § 524(a) with reference to the

3  real property generally described as 8060 West Georgetown Way,

4  Florence, AZ 85232 and legally described as:

5        LOT 53, OF ANTHEM AT MERRILL, RANCH UNIT 27, ACCORDING

6             TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY

7             RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET

8             G, SLIDE 174

9     2.  Unless and until otherwise ordered, the Automatic Stay

10  imposed against CHASE shall remain lifted under this and any

11  other chapter of the Bankruptcy Code to which this case may

12  convert.

13        DATED: _____

14

15                              _____
                               Eileen W. Hollowell
16                             U. S. Bankruptcy Court Judge

17

18

19

20

21

22

23

24